44 A.3d 1148

**Bruce A. QUARLES, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY and the Superior Court of Pennsylvania, Respondents.**

**No. 26 EM 2012.**

Supreme Court of Pennsylvania.

May 15, 2012.

### *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of May, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and the Application for Relief are **DENIED.**